E-filing

Clear Form

FILED
07 DEC -5 PM 11: 43
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Christine Jones (Primary Plaintiff)
Mark A. Jones

                      Plaintiff,

vs.

California Dept. of Corrections
Kenneth Clark warden, I.S.U.
officer Couch two
unknown I.S.U. officers    Defendant.

CASE NO. CV 07 6146

APPLICATION TO PROCEED
IN FORMA PAUPERIS
(Non-prisoner cases only)

WDB

    I, Christine Jones, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

    In support of this application, I provide the following information:

1.    Are you presently employed?        Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1  and wages per month which you received.
2  _July 2003 last employed_
3  _$1800.00 monthly_
4  _____

5  2.   Have you received, within the past twelve (12) months, any money from any of the
6  following sources:

7      a.   Business, Profession or           Yes ____ No ____
8           self employment?

9      b.   Income from stocks, bonds,        Yes ____ No ____
10          or royalties?

11     c.   Rent payments?                 Yes ____ No ____

12     d.   Pensions, annuities, or             Yes ____ No ____
13          life insurance payments?

14     e.   Federal or State welfare payments,     Yes _✓_ No ____
15          Social Security or other govern-
16          ment source?

17 If the answer is "yes" to any of the above, describe each source of money and state the amount
18 received from each.
19 _$6000.00 march thru November back pay 2007_
20 _SSI $856.00 monthly -- homeless at the time lived in motels_

21 3.   Are you married?                           Yes _✓_ No ____
22 Spouse's Full Name: _Mark A Jones_
23 Spouse's Place of Employment: _Unemployed (incarcerated_
24 Spouse's Monthly Salary, Wages or Income: _in Corcoran State Prison CA._
25 Gross $_____∅_____ Net $_____∅_____
26 4.   a.   List amount you contribute to your spouse's support: $ _$1000.00 per yr._
27     b.   List the persons other than your spouse who are dependent upon you for support
28          and indicate how much you contribute toward their support.  (NOTE: For minor

- 2 -

1    children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)

2    ____none_____

3    _____

4    5.    Do you own or are you buying a home?    Yes ____ No __✓__

5    Estimated Market Value: $_____ Amount of Mortgage: $_____

6    6.    Do you own an automobile?    Yes ____ No __✓__

7    Make _____ Year _____ Model _____

8    Is it financed? Yes ____ No __✓__ If so, Total due: $ _____

9    Monthly Payment: $ _____

10   7.    Do you have a bank account?    Yes ____ No ____ (Do not include account numbers.)

11   Name(s) and address(es) of bank: __B of A    Bank of America__

12   __P.O. Box 2518    Houston Tx 77252-2518__

13   Present balance(s): $ ___0_____

14   Do you own any cash? Yes ____ No __✓__ Amount: $ _____

15   Do you have any other assets? (If "yes," provide a description of each asset and its estimated

16   market value.)    Yes ____ No __✓__

17   _____

18   8.    What are your monthly expenses?

19   Rent: $ __$450.00_____    Utilities: __$100.00_____

20   Food: $ __$200.00_____    Clothing: _____

21   Charge Accounts:

22   Name of Account         Monthly Payment         Total Owed on This Account

23   ____0_____         $ _____           $ _____

24   _____         $ _____           $ _____

25   _____         $ _____           $ _____

26   9.    Do you have any other debts? (List current obligations, indicating amounts and to whom

27   they are payable. Do not include account numbers.)

28   __25.00 monthly Lake Co. Family Support__

- 3 -

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

C01-3024  2001

C01-3027

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

11/29/07    [signature]
DATE        SIGNATURE OF APPLICANT

- 4 -