FILED

DEC 1 2 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHRISTINE JONES and MARK A. JONES,

      Plaintiffs,

  v.

CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,

      Defendants.

_____/

No. 07-6146 WDB

JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP OF CASES

Pursuant to Civil L.R. 3-12(c), this Court, *sua sponte*, refers the above-captioned case to Chief Judge Vaughn R. Walker to consider whether this case is related to case C 06-4162 VRW, in which Plaintiff Mark A. Jones also is a party. The Parties shall file any response in opposition to or in support of relating the cases within five (5) days of the filing date of this Order.

Dated 12/10/07

WAYNE D. BRAZIL
United States Magistrate Judge

United States District Court
For the Northern District of California