UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CHRISTINE JONES and MARK JONES

        Plaintiffs,

v.

CA DEPT. OF CORRECTIONS et al,

        Defendants.
_____/

Case Number: 07-06146 WDB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 12, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Christine Jones
333 N. McDowell 242A
Petaluma, CA 94954

Mark Jones
333 N. McDowell 242A
Petaluma, CA 94954

Dated: December 12, 2007

*Sarah Weinstein*

Richard W. Wieking, Clerk
By: Sarah Weinstein, Deputy Clerk/Law Clerk

FILED

DEC 1 2 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHRISTINE JONES and MARK A. JONES,

    Plaintiffs,

    v.

CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,

    Defendants.

No. 07-6146 WDB

JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP OF CASES

Pursuant to Civil L.R. 3-12(c), this Court, *sua sponte*, refers the above-captioned case to Chief Judge Vaughn R. Walker to consider whether this case is related to case C 06-4162 VRW, in which Plaintiff Mark A. Jones also is a party. The Parties shall file any response in opposition to or in support of relating the cases within five (5) days of the filing date of this Order.

Dated 12/10/07

WAYNE D. BRAZIL
United States Magistrate Judge