**United States District Court**
For the Northern District of California

1
2
3
4
5

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| CHRISTINE JONES, et al. | NO. CV 07-06146 WDB |
|---|---|
| Plaintiff, v. | **CLERK'S NOTICE RE: DOCUMENT(S) SUBMITTED VIA EMAIL IN CASE NOT DESIGNATED FOR ECF** |
| CA DEPT. OF CORRECTIONS | |
| Defendant.     / | |

On December 19, 2007, pro se plaintiff, Christine Jones, inappropriately e-mailed documents to the court. Pursuant to General Order 45 Section III (see the Court's Electronic Case Filing Web site, http://ecf.cand.uscourts.gov ), certain case types are excluded from e-filing. Plaintiff is instructed to follow Local Rule 5-1, by filing, in paper form, an original and one copy for the court with the Clerk's Office. The documents submitted via e-mail have not been filed with the court.


Dated: December 19, 2007                    Cynthia Lenahan
                                            Deputy Clerk