IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK JONES, et al., | No. C 06-4162 VRW |
| Plaintiff, | No. C 07-6146 WDB |
| v. | **CLERK'S NOTICE** |
| CA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendant. | |

The Court has reviewed the motion and determined that no cases are related and no reassignments shall occur.

Dated: December 20, 2007

FOR THE COURT,
Richard W. Wieking, Clerk

By: *Cora Klein*
Cora Klein, Courtroom Deputy Clerk to
Chief Judge Vaughn Walker