Recycled Paper

Print postage online ... /postageonline

PLEASE

PLEASE PRE...

**PRIORITY®** MAIL

RETURN RECEIPT REQUESTED

RETURN RECEIPT REQUESTED

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**™

7004 2150 0001 6335 4238

INSPECTED BY U.S. MARSHALS DEC 27 2007

### INTERNATIONAL RESTRICTIONS: LIMITATIONS ON CONTENT:

When using Priority Mail, restrictions apply for cash or cash equivalents and hazardous materials may be prohibited.

### WHEN USED INTERNATIONALLY 4 POUND WEIGHT LIMIT APPLIES.

*Additional country-specific prohibitions/restrictions may apply. See International Mail Manual (IMM) country pages for details.*

### CUSTOMS:

For international use affix customs declaration PS Form 2976.

*HOW TO USE:*

1. *Complete Address Area* — *Type or Print required return address and addressee information in customer block area or on label.*
2. *Payment Method* — *Affix postage or meter strip to area indicated in upper right hand corner.*
3. *Acceptance* — *Bring your Flat Rate Priority Mail envelope to a Post Office, or to schedule pickup of your postage paid envelopes visit us at usps.com/pickup.*

*We Deliver!*

From:/Expéditeur:

Christine Jones
333 N. McDowell
242 A
Petaluma CA 94954

To:/Destinataire:

Office of the Clerk
U.S. District Court,
1301 Clay Street
400S Ste.
Oakland Ca 94612-5212

Country of Destination:/Pays de destination:



Cradle to Cradle Certification is awarded to products that pursue an innovative vision of ecologically-intelligent design that eliminates the concept of waste. This USPS® packaging has been certified for its material content, recyclability, and manufacturing characteristics.

Please recycle.

