# PROOF OF SERVICE
# BY
# MAIL

I **D.J. Johnson** certify that I am a resident of Sonoma County, and that I am not a party to this action; that I am over the age of 18 years, and that on the date shown below I mailed the attached correspondence by **U.S.** mail to the addressees listed below via a Santa Rosa California United States Postal Service.

Signed: *D. J. Johnson*

Dated: 12/26/08

## ADDRESSEES

James E. Tilton
Secretary
California Department of Corrections
1515 S. Street
Suite 502
Sacramento, CA  95814


Kenneth Clark (Warden)
C.S.A.T.F. / State Prison
900 Quebec Ave.
P.O. Box 5246
Corcoran, CA  93212

I.S.U. Officer Couch
Two Unknown Officers
C.S.A.T.F.  / State Prison
900 Quebec Ave
P.O. Box 5246
Corcoran CA  93212

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE JONES, et al.<br><br>Plaintiff,<br>v.<br><br>CA DEPT. OF CORRECTIONS<br><br>Defendant. | NO. CV 07-06146 WDB<br><br>**CLERK'S NOTICE RE: DOCUMENT(S) SUBMITTED VIA EMAIL IN CASE NOT DESIGNATED FOR ECF** |

On December 19, 2007, pro se plaintiff, Christine Jones, inappropriately e-mailed documents to the court. Pursuant to General Order 45 Section III (see the Court's Electronic Case Filing Web site, http://ecf.cand.uscourts.gov ), certain case types are excluded from e-filing. Plaintiff is instructed to follow Local Rule 5-1, by filing, in paper form, an original and one copy for the court with the Clerk's Office. The documents submitted via e-mail have <u>not</u> been filed with the court.

Dated: December 19, 2007

Cynthia Lenahan
Deputy Clerk