Christine Jones (PRO-PER)
Mark Jones (PRO-PER)
333 N. Mcdowell 242A
Petaluma, CA  94954
(707)765-1810

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(San Francisco Division)

| | |
|---|---|
| Christine Jones, Mark Jones<br>plaintiff<br><br>v.<br><br>California Dept. of Corrections, Kenneth Clark (WARDEN), I.S.U. Officer Couch, and Two Unknown I.S.U. Officer's | Case no.-CV07-6146 WDB<br><br>Date: 12/18/07<br><br>opposition to relation of Cases |

Plaintiff's Respectfully submit their opposition to the relation of case number C 06-4162 VRW, to case number CV 07-6146 WDB as the first case is a Writ of Habeas seeking post-conviction relief from a criminal sentence filed in June of 2006, and case number CV 07-6146 stems from the propensity of Defendant's to violating the Civil Rights of Citizens and Inmates, by denying them "Due Process of Law". The two cases do not derive from the same nucleus of operative facts.

Signed: CL Jones
Dated: 12/18/07

1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Christine Jones (Primary)
Mark Jones (Party)
    Plaintiff(s),

No. C

v.

California Department of Corrections
Kenneth Clark (Warden) I.S.V. Officer
Couch and Defendant(s)
Two unknown officers

DECLINATION TO PROCEED BEFORE
A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A
UNITED STATES DISTRICT JUDGE

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 12/15/07

Signature _____

Counsel for ho-ser Plzintiffs
(Plaintiff, Defendant, or indicate "pro se")

# PROOF OF SERVICE
# BY
# MAIL

I __D.J. Johnson__ certify that I am a resident of Sonoma County, and that I am not a party to this action; that I am over the age of 18 years, and that on the date shown below I mailed the attached correspondence by U.S. mail to the addressees listed below via a Santa Rosa California United States Postal Service.

Signed: _D. J. Johnson_

Dated: 12/18/07

### ADDRESSEES

James E. Tilton
Secretary
California Department of Corrections
1515 S. Street
Suite 502
Sacramento, CA  95814

Kenneth Clark (Warden)
C.S.A.T.F. / State Prison
900 Quebec Ave.
P.O. Box 5246
Corcoran, CA  93212

I.S.U. Officer Couch
Two Unknown Officers
C.S.A.T.F.  / State Prison
900 Quebec Ave
P.O. Box 5246
Corcoran CA  93212