1
2
3
4
5                               UNITED STATES DISTRICT COURT
6                             NORTHERN DISTRICT OF CALIFORNIA
7
CHRISTINE JONES and MARK JONES,
8
       Plaintiffs,                                  No.  C 07-6146   WDB
9
  v.                                                NOTICE OF IMPENDING
10                                                         REASSIGNMENT TO A UNITED
                                                           <u>STATES DISTRICT COURT JUDGE</u>
11  CALIFORNIA DEPARTMENT OF
    CORRECTIONS, et al.
12
       Defendants.
13  _____/
14
    The Clerk of this Court will now randomly reassign this case to a United States District
15
Judge because one or more of the parties has requested reassignment to a United States District
16
Judge or has not consented to the jurisdiction of a United States Magistrate Judge.  The case
17
management conference set for March 11, 2008, at 4:00 p.m. is vacated.
18
19
Dated:  January 2, 2008
20                                                         Richard W. Wieking, Clerk
                                                           United States District Court
21

22                                                         *Sarah Weinstein*

23                                                         By:  SarahWeinstein
                                                                  Law Clerk/Deputy Clerk
24  Copies to:
       All parties
25         WDB
       Stats
26
27
28

N:\FORMS\impending reassignment clerks notice.wpd