UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE JONES and MARK JONES,<br><br>        Plaintiffs,<br><br>  v.<br><br>CA DEPT. OF CORRECTIONS et al,<br><br>        Defendants. | Case Number: C 07-06146 WDB<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 2, 2008, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the persons hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy into an inter-office delivery receptacle located in the Clerk's office.

Christine Jones
333 N. McDowell 242A
Petaluma, CA 94954

Mark Jones
333 N. McDowell 242A
Petaluma, CA 94954

Dated: January 2, 2008

                                        Richard W. Wieking, Clerk

                                        *Sarah Weinstein*

                                        By: Sarah Weinstein, Law Clerk/ Deputy Clerk