**UNITED STATES DISTRICT COURT**
**Northern District of California**
1301 Clay Street
Oakland, California 94612
───────────
www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

**January 2, 2008**

CASE NUMBER:  CV 07-06146 WDB
CASE TITLE:  CHRISTOPHER JONES-v-CA DEPT. OF CORRECTIONS

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **SAN FRANCISCO** division.

**Honorable MARILYN H. PATEL** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **MHP** immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: January 2, 2008

FOR THE EXECUTIVE COMMITTEE:

_____/s/ Richard W. Wieking_____
                                                    Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies          Special Projects
Log Book Noted                                  Entered in Computer 01/02/08 cl


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                        Transferor CSA