UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE JONES; MARK JONES,<br><br>    Plaintiffs,<br><br>  v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS; et al.,<br><br>    Defendants.                / | No. C 07-6146 MHP (pr)<br><br>**ORDER OF TRANSFER** |

Christine and Mark Jones filed this pro se civil rights action under 42 U.S.C. § 1983, complaining of acts and omissions that occurred during a visitation period at the California Substance Abuse Treatment Facility in Corcoran, California. That prison is in Kings County, and therefore is within the venue of the Eastern District of California. Defendants also reside in the Eastern District of California. Venue therefore properly lies in that district and not in this one. See 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The clerk shall transfer this matter.

IT IS SO ORDERED.

DATED: January 7, 2008

_____
Marilyn Hall Patel
United States District Judge